IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** v. YEFRIN ROLANDO MANCEBO-GARCIA, **Defendant.** | Case No. 23-CR-132-JFH |

## OPINION AND ORDER

Before the Court is a motion for leave to dismiss without prejudice ("Motion") filed by the United States of America ("Government"). Dkt. No. 38. The Government requests leave to dismiss the indictment [Dkt. No. 17] without prejudice as to Defendant Yefrin Rolando Mancebo-Garcia ("Defendant"). *Id.* The Government states it intends to dismiss the case because U.S. Immigrations and Customs Enforcement is removing Defendant from the United States.

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charge against Defendant is not contrary to the public interest, nor is it for an improper purpose. The Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion for leave to dismiss without prejudice [Dkt. No. 38] is GRANTED and the Indictment [Dkt. No. 17] is dismissed without prejudice as to Defendant Yefrin Rolando Mancebo-Garcia.

Dated this 15th day of May 2023.

                                                                                                           JOHN F. HEIL, III  
                                                                                                            UNITED STATES DISTRICT JUDGE